## Yannuzzo, Appellant, v. Wockley.

Argued October 11, 1965.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Craig Kuhn,* with him *Wilner, Wilner and Kuhn,* for appellants.

*Kim Darragh,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

OPINION PER CURIAM, November 23, 1965:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.

## Connelly Estate.

Argued October 4, 1965.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

618

*Carmen V. Marinaro,* for appellant.

*William J. Rockenstein,* with him *Clark H. Painter,* for appellees.

OPINION PER CURIAM, November 23, 1965:
Decree affirmed. Each party to pay own costs.
Mr. Justice MUSMANNO dissents.

## Shapiro *v.* Shapiro, Appellant.

Argued November 19, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

